UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JULIE ANN METCALF KINNEY; WILLIAM X. NIETZCHE.<br><br>_____<br><br>JULIE ANN METCALF KINNEY; WILLIAM X. NIETZCHE,<br><br>        Petitioners,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PORTLAND,<br><br>        Respondent,<br><br>BANK OF NEW YORK MELLON; et al.,<br><br>        Real Parties in Interest. | No. 25-6699<br><br>D.C. No. 3:19-cv-01670-MO District of Oregon, Portland<br><br>ORDER |

Before: CLIFTON, HURWITZ, and BRESS, Circuit Judges.

Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

All pending motions are denied as moot.

2

No further filings will be entertained in this closed case.

**DENIED.**